IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK THIGPEN,<br><br>        Plaintiff(s),<br><br>vs.<br><br>CITY OF SAN MATEO, et al.,<br><br>        Defendant(s). | No. C 04-0264 MEJ<br><br>**ORDER FOR PARTIES TO FILE JOINT STATEMENT OF UNDISPUTED FACTS** |

Pending before the Court is Defendants' Motion for Summary Judgment. Pursuant to Civil Local Rule 56-2 and the Court's Case Management Order in this matter, the parties must submit a joint statement of undisputed facts when filing a motion for summary judgment. Accordingly, the parties shall file a **joint** statement of undisputed facts by June 23, 2005.

**IT IS SO ORDERED.**

Dated: June 10, 2005

          /s/ Maria-Elena James
MARIA-ELENA JAMES
United States Magistrate Judge