IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK THIGPEN,

        Plaintiff(s),

vs.

CITY OF SAN MATEO, et al.,

        Defendant(s).

No. C 04-0264 MEJ

**ENTRY OF JUDGMENT**

On August 8, 2005, the Court granted Defendants' motion for summary judgment. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendants and against Plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: August 8, 2005

MARIA-ELENA JAMES
United States Magistrate Judge